UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>V.<br>THEODORE A. THACKER,<br>    Defendant. | NO. 5:23-CR-75-KKC-MAS-1<br><br>**ORDER** |

*** *** ***

    This matter was referred to Magistrate Judge Matthew A. Stinnett for the purpose of conducting rearraignment proceedings for the above defendant. After conducting the rearraignment in open court (DE 20), the Magistrate Judge filed a recommendation (DE 23) that the Court accept the defendant's guilty plea and that the defendant be adjudged guilty of the sole count of the Indictment. Pursuant to the stipulation entered into in the plea agreement and at the rearraignment, the Magistrate Judge further recommends that the Court adjudge the defendant's interest in $10,000 forfeited. No objections were filed within the allotted time of three (3) days and no extensions of time were sought by any party. Having reviewed the record, the Court finds that the Magistrate Judge satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution.

    Accordingly, the Court hereby ADOPTS the Magistrate Judge's Recommendation (DE 23) and ACCEPTS the defendant's plea of guilty. The Court further ADJUDGES that the defendant's interest in $10,000 is hereby FORFEITED.

The 5th day of December, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY